FILED
Sep 01 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ felinapacho DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Kamaya Imani Williams (2)

Defendant

Case No.: 26-cr-03425-WQH

**JUDGMENT AND ORDER GRANTING UNITED STATES' ORAL MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**

Upon the oral motion of the United States, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Information against Kamaya Imani Williams (2), in this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED: 9/1/26

HONORABLE JANET A. CABRAL
UNITED STATES MAGISTRATE JUDGE